DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RUFUS MITCHELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1552

[February 1, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-1987-CF-002233-BXXX-MB.

Seth E. Miller and Brandon M. Scheck of the Innocence Project of Florida, Inc., Tallahassee, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Melynda L. Melear, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***